IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL FACILITY, LLC | : CIVIL ACTION |
| v. | : |
| | : NO. 14-7076 |
| GREGORY S. CAMPBELL, et al. | : |

## ORDER

AND NOW, this 16th day of March 2015, upon consideration of Defendants' Motion to Dismiss (ECF Doc. No. 10); Plaintiff's Opposition (ECF Doc. No. 18), Defendants' Reply (ECF Doc. No. 22), following oral argument and consistent with the accompanying Memorandum, it is hereby **ORDERED:**

1. Counts I, II, IV and V are **DISMISSED without prejudice to file an amended complaint in accord with the accompanying Memorandum or before March 30, 2015.** *See Fowler v. UPMC Shadyside*, 578 F.3d 203, 210 (3d Cir. 2009); *In re Blatstein*, 192 F.3d 88 (3d Cir. 1999).

2. Count III is **DISMISSED with** prejudice as untimely.

KEARNEY, J.